IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 04-61102

United States Court of Appeals
Fifth Circuit
**F I L E D**
February 9, 2005

Charles R. Fulbruge III
Clerk

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
FEB 1 4 2005
J.T. NOBLIN, CLERK
By_____ Deputy

JOSEPH FERRER

        Plaintiff - Appellant

v.

CHEVRON CORPORATION

        Defendant - Appellee

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

KENNETH L GREEN

        Plaintiff - Appellant

v.

CHEVRON CORPORATION

        Defendant - Appellee

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HERSHEL L SMITH

        Plaintiff - Appellant

v.

CHEVRON CORPORATION

        Defendant - Appellee

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CLAUDIA JOINER

        Plaintiff - Appellant

v.

CHEVRON CORPORATION

        Defendant - Appellee

```
*************************************************************
```

MARGARET STANTON

            Plaintiff - Appellant

  v.

CHEVRON CORPORATION

            Defendant - Appellee

```
*************************************************************
```

GEORGE HUNTER

            Plaintiff - Appellant

  v.

CHEVRON CORPORATION

            Defendant - Appellee

```
*************************************************************
```

BILLIE L WHEAT

            Plaintiff - Appellant

  v.

CHEVRON CORPORATION

            Defendant - Appellee

```
*************************************************************
```

DANNY V BUKER

            Plaintiff - Appellant

  v.

CHEVRON CORPORATION

            Defendant - Appellee

```
*************************************************************
```

DARWIN W BIVINS

            Plaintiff - Appellant

  v.

CHEVRON CORPORATION

     Defendant - Appellee

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TOXIE H MILLER, JR

     Plaintiff - Appellant

 v.

CHEVRON CORPORATION

     Defendant - Appellee

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MICHAEL H STALLWORTH

     Plaintiff - Appellant

 v.

CHEVRON CORPORATION

     Defendant - Appellee

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JAMES E GOODMAN

     Plaintiff - Appellant

 v.

CHEVRON CORPORATION

     Defendant - Appellee

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HENRY BEARD

     Plaintiff - Appellant

 v.

CHEVRON CORPORATION

     Defendant - Appellee

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JERRY A SCOTT, SR

     Plaintiff - Appellant

 v.

CHEVRON CORPORATION

    Defendant - Appellee

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CHARLES EVERETTE TALLEY

    Plaintiff - Appellant

 v.

CHEVRON CORPORATION

    Defendant - Appellee

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\* GERALD E POIROUX

    Plaintiff - Appellant

 v.

CHEVRON CORPORATION

    Defendant - Appellee

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PHYLLIS SMALL

    Plaintiff - Appellant

 v.

CHEVRON CORPORATION

    Defendant - Appellee

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

EDWARD J MURRAY, III

    Plaintiff - Appellant

 v.

CHEVRON CORPORATION

    Defendant - Appellee

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TRULA S DIXON

    Plaintiff - Appellant

 v.

CHEVRON CORPORATION

```
                Defendant - Appellee
****************************************************************
DAVID MARTIN

                Plaintiff - Appellant

    v.

CHEVRON CORPORATION

                Defendant - Appellee
****************************************************************
WILLIAM HOLMES

                Plaintiff - Appellant

    v.

CHEVRON CORPORATION

                Defendant - Appellee
****************************************************************
HUBERT N COPELAND

                Plaintiff - Appellant

    v.

CHEVRON CORPORATION

                Defendant - Appellee
****************************************************************
PAUL BOVASTRO

                Plaintiff - Appellant

    v.

CHEVRON CORPORATION

                Defendant - Appellee
****************************************************************
GERALD D HOAG

                Plaintiff - Appellant

    v.

CHEVRON CORPORATION
```

    Defendant - Appellee

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CHESTER R SCOTT

    Plaintiff - Appellant

 v.

CHEVRON CORPORATION

    Defendant - Appellee

---

  Appealsfrom the United States District Court for the
    Southern District of Mississippi, Biloxi

---

CLERK'S OFFICE:

  Under 5TH CIR. R. 42.3, the appeals of Gerald Everett Poiroux, Billie L Wheat, Charles E Talley, David Martin, James E Goodman, Henry Beard, and Darwin W Bivins are dismissed as of February 9, 2005, for want of prosecution. The appellants failed to timely pay the docketing fee.

          CHARLES R. FULBRUGE III
          Clerk of the United States Court
          of Appeals for the Fifth Circuit

         By: _Cindy M. Broadhead_
           Cindy Broadhead, Deputy Clerk

      ENTERED AT THE DIRECTION OF THE COURT

DIS-2

FEB 0 9 2005