# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**
April 12, 2007

Charles R. Fulbruge III
Clerk



No. 04-61102

D.C. Docket No. 1:03-CV-229
1:03-CV-157
1:03-CV-155
1:03-CV-604
1:03-CV-600
1:03-CV-290
1:03-CV-255
1:03-CV-228
1:03-CV-291
1:03-CV-20
1:03-CV-605
1:03-CV-171
1:03-CV-601
1:03-CV-158
1:03-CV-603
1:03-CV-602
1:03-CV-292
1:03-CV-623
1:03-CV-156
1:03-CV-239
1:03-CV-230
1:03-CV-227
1:03-CV-293
1:03-CV-606
1:03-CV-607
1:02-CV-790-SRO

JOSEPH FERRER

   Plaintiff - Appellant
 v.

CHEVRON CORP

   Defendant - Appellee
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
KENNETH L GREEN

   Plaintiff - Appellant
 v.

CHEVRON CORPORATION

   Defendant - Appellee
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
CLAUDIA JOINER

```
                    Plaintiff - Appellant
  v.

CHEVRON CORPORATION

                    Defendant - Appellee
************************************************************
MARGARET STANTON

                    Plaintiff - Appellant
  v.

CHEVRON CORPORATION

                    Defendant - Appellee
************************************************************
JERRY A SCOTT

                    Plaintiff - Appellant
  v.

CHEVRON CORPORATION

                    Defendant - Appellee
************************************************************
PHYLLIS SMALL

                    Plaintiff - Appellant
  v.

CHEVRON CORPORATION

                    Defendant - Appellee
************************************************************
EDWARD J MURRAY III

                    Plaintiff - Appellant
  v.

CHEVRON CORPORATION

                    Defendant - Appellee
************************************************************
TRULA S DIXON

                    Plaintiff - Appellant
  v.

CHEVRON CORPORATION

                    Defendant - Appellee
************************************************************
HUBERT N COPELAND

                    Plaintiff - Appellant
  v.

CHEVRON CORPORATION
```

```
                Defendant - Appellee
****************************************************
GERALD D HOAG

                Plaintiff - Appellant
   v.

CHEVRON CORPORATION

                Defendant - Appellee
****************************************************
CHESTER R SCOTT

                Plaintiff - Appellant
   v.

CHEVRON CORPORATION

                Defendant - Appellee
```

Appeals from the United States District Court for the Southern District of Mississippi, Gulfport.

Before GARWOOD, BENAVIDES, and OWEN, Circuit Judges.

JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendant-appellee the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE:

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _____
                    Deputy

MAY 0 4 2007

New Orleans, Louisiana